## Howard R. Moore, Appellee, v. Elmer C. Rueck, Appellant.

Heard in this court at the February term, 1944; opinion filed February 28, 1944. Joseph H. Goldenhersh, for appellant; Whitnel, Browning, Listeman & Walker, for appellee; Lloyd Middleton, of counsel. Opinion by Justice Bristow. Not to be published in full.

## Guy A. Thompson, Trustee, Missouri Pacific Railroad Company, Appellee, v. Harry Pollack and L. Pollack, Copartners, Trading as Pollack Brothers, Appellants.

Heard in this court at the February term, 1944; opinion filed February 28, 1944. A. D. Morgan, for appellants; Whitnel, Browning, Listman & Walker and Leon A. Colp, for appellee; T. T. Railey, of counsel. Opinion by Justice Bristow. Not to be published in full.